UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 3:10-cr-83 (JCH) |
| | : | |
| JAMES PAUL NASTRI, | : | JUNE 11, 2010 |
| Defendant. | : | |

**ORDER**

Upon consideration of defendant's Motion for Hardship Furlough to Permit Defendant To Attend Funeral Services, the Court hereby GRANTS defendant's motion upon the following terms and conditions:

1. Defendant James Nastri is to be furloughed from the Wyatt Detention Center at 12:00 noon on June 14, 2010 pursuant to Title 18 U.S.C. § 3622, and placed into the custody of Sarah Bourne for the purposes of attending memorial and funeral services of their mother, Jennifer Nastri.

2. Defendant is to remain in the custody of Sarah Bourne until Mr. James Nastri is returned to the Wyatt Detention Center no later than 6:00 p.m. on June 15, 2010.

3. During the term of Mr. James Nastri's temporary release, he is ordered not to use any controlled substances and not to possess ammunition, a firearm, or any other dangerous weapon.

4. He is not to commit any federal, state or local crimes. He will submit to a drug test upon his return to Wyatt.

5. Mr. Nastri is specifically informed that if he is convicted of committing any felony offense while on release he is subject to an additional term of incarceration of not more than ten (10) years which must run consecutively to the sentence he is presently servicing and consecutive to any sentence imposed for the felony offense. See 18 U.S.C. § 3147.

6. Mr. Nastri is further informed that if he fails to return to the Wyatt Detention Center by 6:00 p.m. on June 15, 2010, he is subject to prosecution of the separate offense of Failure to Appear which is punishable by a further term of imprisonment which must run consecutive to the sentence he is presently serving. See 18 U.S.C. § 3146.

      7.      Mr. Nastri is further informed that if he violates any condition in paragraph 1, 2, 3, 4, and 5, he will be in contempt of court, <u>see</u> 18 U.S.C. § 401(3), and subject to a penalty of up to one (1) year in prison, which can be imposed consecutively.

Further, Wyatt Detention Center is ordered to conduct a drug test upon Mr. Nastri when he reports back to Wyatt.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 11th day of June, 2010.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge